
# TIFFANY & BOSCO
#### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22567/2000317945

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Rosa Gutierrez and Jose A. Ramos<br>           Debtors.<br>_____<br>Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE7<br>           Movant,<br>     vs.<br><br>Rosa Gutierrez and Jose A. Ramos, Debtors; David M. Reaves, Trustee.<br><br>           Respondents. | No. 2:09-BK-18117-GBN<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket # 13) |

This matter having come before the Court for a Preliminary Hearing on November 3, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Atchley & Associates, PLC, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain

real property which is subject of a Deed of Trust dated January 11, 2007, and recorded on January 23, 2007, in the office of the Maricopa County Recorder at Instrument No. 20070088815 wherein Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE7 is the current beneficiary and Rosa Gutierrez and Jose A. Ramos have an interest in, further described as:

Lot 94, REPLAT OF PARKVIEW TERRACE, according to Book 318 of Maps, Page 6, and Affidavit of Correction recorded in Document No. 88-0186206, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT